■■ The question of excessiveness turns on "whether or not the total amount of the verdict falls within the necessarily flexible limits of the fair and reasonable compensation or is so large as to shock the judicial conscience." (*Barango v. Hedstrom Coal Co.* (1956), 12 Ill.App.2d 118, 138 N.E.2d 829.) The verdict in this case is not so large as to indicate it was the result of prejudice or passion on the part of the jury and, therefore, will not be disturbed. (*Ford v. Friel* (1947), 330 Ill.App. 136, 70 N.E.2d 626.) The judgment against the defendant in the amount of $30,000 is affirmed.

Judgment affirmed.

SCHWARTZ and McNAMARA, JJ., concur.

The People of the State of Illinois, Plaintiff-Appellee, *v.* Robert L. Jones, Defendant-Appellant.

(No. 57872;

First District (5th Division)—June 15, 1973.

PER CURIAM.

DRUCKER, J., took no part.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.